UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

ANDRES EXEQUIEL VILLATORO  CIVIL ACTION NO. 3:26-1493
WEELOCK

SECTION P

VS.

JUDGE ALEXANDER C. VAN HOOK

WARDEN RICHWOOD CORRECTIONAL  MAG. JUDGE KAYLA D. MCCLUSKY
CENTER, ET AL.

## ORDER

Petitioner Andres Exequiel Villatoro Weelock, a detainee in the custody of the

Department of Homeland Security and the Bureau of Immigration and Customs Enforcement,

petitions for a writ of habeas corpus under 28 U.S.C. § 2241.  Petitioner moves for an order to

show cause.  [doc. # 3].

To the extent Petitioner seeks a 3-day response time, the motion is **DENIED**.  To the

extent Petitioner seeks a response time shorter than the 60-day deadline set forth in the form

summonses, the motion is **GRANTED** as detailed below.

**THE CLERK OF COURT IS INSTRUCTED** to email a copy of this Order to the Civil

Chief of the United States Attorney's Office for the Western District of Louisiana and grant her

access to the pleadings.

**IT IS ORDERED** that Respondents file a response to the Petition within **21 days** of the

date of this Order, or service of the Petition on the United States Attorney for the Western

District of Louisiana, whichever is later.

**IT IS FURTHER ORDERED** that Petitioner shall have **7 days** following the filing of Respondents' response to file a reply.

When the record is complete, the Court will determine the necessity of an evidentiary hearing.

In Chambers, Monroe, Louisiana, this 12th day of May, 2026.

Kayla Dye McClusky
United States Magistrate Judge